FILED
2018 Jun-26  AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEVEN ROSIER, *et al.*,                )
                                        )
              Plaintiffs,               )
                                        )
v.                                      )          Case No. 2:17-cv-01291-TMP
                                        )
HYUNDAI CAPITAL AMERICA,                )
f.k.a. HYUNDAI MOTOR FINANCE            )
COMPANY, INC., *et al.*,                )
                                        )
              Defendants.               )

## ORDER

The court has been advised that all remaining issues in the case have been resolved and the case has been settled, although a joint stipulation of dismissal has not yet been filed. The parties have consented to the undersigned magistrate judge's jurisdiction under 28 U.S.C. § 636(c). (Doc. 17). Because the case has been settled and there no longer exists a live case or controversy, it is ORDERED and ADJUDGED that the case be and hereby is DISMISSED WITHOUT PREJUDICE pursuant to the right of either party to file a motion to vacate this Order and reinstate the action within forty-five (45) days. In the event neither party files such a motion, the dismissal of this action shall become WITH PREJUDICE upon the expiration of forty-five (45) days. The court retains jurisdiction in the above-styled case until the expiration of forty-five (45) days.

**DONE** and **ORDERED** on June 26, 2018.

T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE